IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PAUL MICHAEL WEEKS                                                                                       PLAINTIFF

v.                                          Civil No. 6:24-cv-06118-SOH-MEF

WELLPATH, LLC, *et. al.*                                                                              DEFENDANTS

**ORDER**

**TO: Warden, Arkansas Division of Correction Grimes Unit, 300 Correction Drive, Newport, AR 72112.**

Plaintiff, Paul Michael Weeks, was asked to send in a completed *in forma pauperis* ("IFP") application. This IFP application contains a certificate of inmate account form that must completed and signed by ADC staff. The ADC staff member who filled out this certificate on Mr. Weeks' current IFP application did not do so correctly. Specifically, Ms. Jones failed to complete the second section of the form. No section of the certificate of account may be left blank. Warden, you are asked to assist Mr. Weeks in obtaining the completed certificate of account. You should send the correctly completed certificate to the Court by **October 10, 2024.**

The **Clerk** is directed to send this Order to the Grimes Unit Warden by certified mail, return receipt requested. The **Clerk** is also directed to send the Warden and the Plaintiff blank certificate of account forms.

IT IS SO ORDERED this 25th day of September 2024.

/s/ *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE